IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MICHAEL J. CLEMENTI, et. al. )
)
Plaintiffs, )
)
v. )
)
THE UNITED STATES )
)
Defendant. )
)

**APPENDIX A TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME Clementi (Last) Michael (First) J (Middle) SS# 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

HOME ADDRESS 21955 Rosewood Terrace (Address)
Lexington Park (City) MD (State) 20653 (Zip Code)

WORK ADDRESS V-22 Program Hanger 109 Rm 238B (Address) 22474 James Road
NAS Patuxent River (City) MD (State) 20670 (Zip Code)

PHONE (home) 301-862-9454 (work) 301-757-2040

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 003 | DOD NAWCAD | GS | 12-06 | Engineer Technichian |
| 004 | DOD NAWCAD | GS | 12-06 | " |
| 005 | DOD NAWCAD | GS | 1-05 to 2-19 12-06 / 5-20-05 12-07 | " |
| 006 | DOD NAWCAD | GS | 12-07 | " |
| 007 | DOD NAWCAD | GS | 12-07 | " |

SIGNATURE Michael J. Clementi

Continue on Reverse

# CONTINGENT FEE RETAINER AGREEMENT

I authorize and retain the law firm of Woodley & McGillivary with offices at 1125, 15th Street, N.W., Suite 40 Washington, D.C. 20006, to represent me with respect to my claim for Fair Labor Standards Act (FLSA) overtime and Title 5 overtime for the time period that I have worked at Naval Air Warfare Center. Woodley & McGillivary is authorized to take all steps they deem necessary regarding the pursuit of this suit, the settlement of this suit, and the collection of any and all sums recovered.

In consideration of the services of Woodley & McGillivary, I agree to pay such attorneys 30% (thirty- percen of my total recovery as a legal fee. I further agree and authorize that any checks issued by the USA to me connection with my claims shall be paid to Woodley & McGillivary as trustees on my behalf. After attorney's fees are deducted therefrom, the balance shall be forwarded to me by the firm.

Attorneys' fees recovered by the attorneys from the USA pursuant to court and/or other order or settlement will be subtracted from the contingent fee to be deducted from my recovery. If fees paid by the USA equal exceed the contingent fee, I will not be assessed any attorneys' fees. If the complaint brought on my behal results in no recovery, I will have no obligation to pay attorneys' fees.

I recognize that the other plaintiffs in this case and I are jointly and severably liable for payment of all out-of pocket costs (e.g. transcript costs, travel costs, copying costs, etc.) of this action and that these costs are being advanced by Woodley & McGillivary. Most or perhaps all of these costs may be recoverable if the ca is settled or won. Further, I understand that in the unlikely event that it is anticipated that the out-of-pocket costs exceed of $50.00 per person, Woodley & McGillivary will inform me before incurring such costs.

I authorize the filing in my name of an attorneys' lien with the United States or with the court in order to secure payment of my obligation to pay attorneys' fees under this agreement. I agree to promptly inform Woodley & McGillivary of any changes in my address to avoid any delay in contacting me. I also direct that any monetary award be issued by check made payable to Woodley & McGillivary as trustee on my behalf, payable jointly to me and such firm which is empowered with my power of attorney to endorse the check, to withhold the amount due as payment for legal services and to forward the appropriate amount that is due n

**The plaintiff identified below is aware that until he receives a copy of this consent form, with Gregory K. McGillivary's signature on it, and a letter from Woodley & McGillivary agreeing to represent the plaintiff, Woodley & McGillivary has not agreed to represent the plaintiff.**

DATE: ____________________

GREGORY K. MCGILLIVARY
Woodley & McGillivary

DATE: 7-10-07

[signature]
GRIEVANT/PLAINTIFF SIGNATURE

Michael J. Clementi
GRIEVANT/PLAINTIFF PRINTED NAME

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**U.S. Navy—NAWC IV**

**REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC**

**Print clearly, or type the following information:**

NAME SCHWARTZ LUKE LOUIS SS# 145 46 5085
Last First Middle

HOME ADDRESS 343 COLONIAL DRIVE
Address

TOMS RIVER N.J. 08753
City State Zip Code

WORK ADDRESS NAWCADLKE RT 547
Address

LAKEHURST N.J. 08733
City State Zip Code

PHONE (home) 732-349-9198 (work) 732-323-7714

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2004 | NAWCADLKE | GS-1670 | 10/09 | EQUIPMENT SPECIALIST |
| 2005 | NAWCADLKE | GS-1670 | 10/09 | EQUIPMENT SPECIALIST |
| 2006 | NAWCADLKE | GS-1670 | 10/10 | EQUIPMENT SPECIALIST |
| 2007 | NAWCADLKE | GS-1670 | 11/09 | EQUIPMENT SPECIALIST |

SIGNATURE Luke Louis Schwartz

**Continue on Reverse**

# CONTINGENT FEE RETAINER AGREEMENT

I authorize and retain the law firm of Woodley & McGillivary with offices at 1125, 15th Street, N.W., Suite 400, Washington, D.C. 20005, to represent me with respect to my claim for Fair Labor Standards Act (FLSA) overtime and Title 5 overtime for the time period that I have worked at Naval Air Warfare Center. Woodley & McGillivary is authorized to take all steps they deem necessary regarding the pursuit of this suit, the settlement of this suit, and the collection of any and all sums recovered.

In consideration of the services of Woodley & McGillivary, I agree to pay such attorneys 30% (thirty- percent) of my total recovery as a legal fee. I further agree and authorize that any checks issued by the USA to me in connection with my claims shall be paid to Woodley & McGillivary as trustees on my behalf. After attorney's fees are deducted therefrom, the balance shall be forwarded to me by the firm.

Attorneys' fees recovered by the attorneys from the USA pursuant to court and/or other order or settlement will be subtracted from the contingent fee to be deducted from my recovery. If fees paid by the USA equal or exceed the contingent fee, I will not be assessed any attorneys' fees. If the complaint brought on my behalf results in no recovery, I will have no obligation to pay attorneys' fees.

I recognize that the other plaintiffs in this case and I are jointly and severably liable for payment of all out-of-pocket costs (e.g. transcript costs, travel costs, copying costs, etc.) of this action and that these costs are being advanced by Woodley & McGillivary. Most or perhaps all of these costs may be recoverable if the case is settled or won. Further, I understand that in the unlikely event that it is anticipated that the out-of-pocket costs exceed of $50.00 per person, Woodley & McGillivary will inform me before incurring such costs.

I authorize the filing in my name of an attorneys' lien with the United States or with the court in order to secure payment of my obligation to pay attorneys' fees under this agreement. I agree to promptly inform Woodley & McGillivary of any changes in my address to avoid any delay in contacting me. I also direct that any monetary award be issued by check made payable to Woodley & McGillivary as trustee on my behalf, or payable jointly to me and such firm which is empowered with my power of attorney to endorse the check, to withhold the amount due as payment for legal services and to forward the appropriate amount that is due me.

**The plaintiff identified below is aware that until he receives a copy of this consent form, with Gregory K. McGillivary's signature on it, and a letter from Woodley & McGillivary agreeing to represent the plaintiff, Woodley & McGillivary has not agreed to represent the plaintiff.**

DATE: ____________________

GREGORY K. MCGILLIVARY
Woodley & McGillivary

DATE: 9/12/2007

Luke Louis Schwartz
**PLAINTIFF SIGNATURE**

LUKE LOUIS SCHWARTZ
**GRIEVANT/PLAINTIFF PRINTED NAME**