IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL J. CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07-635C |
| v. | ) | (Judge Hewitt) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX A TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND
PROPOSED RETAINER AGREEMENT
U.S. Navy—NAWC III

REQUEST TO BECOME GRIEVANT/PARTY PLAINTIFF IN U.S. NAVY—NAWC

Print clearly, or type the following information:

NAME SCOTTON (Last) RANDALL (First) A. (Middle) SS# 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

HOME ADDRESS 103 BROOKLAWN DR. (Address)

WILLINGBORO (City), NJ (State) 08046-1521 (Zip Code)

WORK ADDRESS HWY. 547 CODE 4862 (Address)

LAKEHURST (City), NJ (State) 08733-5000 (Zip Code)

PHONE (home) 609 877 7766 (work) 732-323-1808

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NAWC LKE | 802 | GS12-5 | ENGINEERING-TECH. |
| 2004 | ↓ | ↓ | GS12-5 | ↓ |
| 2005 | ↓ | ↓ | GS12-6 | ↓ |
| 2006 | ↓ | ↓ | GS12-6 | ↓ |

SIGNATURE Randall A. Scotton

Continue on Reverse