# In the United States Court of Federal Claims

No. 07-635C

(E-Filed: September 19, 2007)

| | |
|---|---|
| MICHAEL J. CLEMENTI, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiffs' Unopposed Motion to Amend Complaint (Motion), filed September 18, 2007. Based on the representations contained therein, and the fact that the Motion is unopposed, the Motion is GRANTED. Attached to the Motion is Plaintiffs' Second Amended Complaint. Notwithstanding the filing of Plaintiffs' Second Amended Complaint before the court granted plaintiffs' Motion, the court will not require plaintiffs to re-file.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge