IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-635C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO
STAY PROCEEDINGS ON BEHALF OF THE PARTIES

Defendant, on behalf of the parties, respectfully requests that the Court stay all proceedings, including defendant's obligation to respond to the complaint, to and including January 16, 2008. Defendant's response to the complaint is now due to be filed on December 10, 2007, and the Court has previously granted a motion for an extension of time to file a response. Plaintiffs' counsel has reviewed this motion and authorizes counsel to state that plaintiffs join in this request.

Based upon a preliminary review of the case, the plaintiffs in this matter may be similarly situated to plaintiffs in other cases before the Court, some of which have already been resolved by settlement. Accordingly, a stay of proceedings in this matter will permit the parties to determine whether settlement of this matter may be appropriate. Specifically, the stay will permit counsel for the Department of Navy to

analyze plaintiff's pay records to enable counsel to assess whether settlement should be pursued.

For the reason set forth above, the parties request the Court to stay the proceedings, to and including January 16, 2008. The parties will file a joint status report on January 17, 2008 regarding the status of any settlement discussions, or provide a proposed date for the Government's response to the complaint should the parties determine settlement at this time is not possible.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0897
(202) 307-0972 (fax)

December 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 10th day of December, 2007, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of DEFENDANT'S MOTION ON BEHALF OF THE PARTIES TO STAY PROCEEDINGS, addressed as follows:

MOLLY A ELKIN
WOODLY & MCGILLIVARY
1125 15th Street, N.W.
Washington, DC 20005

/s/Jane C. Dempsey