# In the United States Court of Federal Claims

No. 07-635C

(E-Filed: December 10, 2007)

| | |
|---|---|
| MICHAEL J. CLEMENTI, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion to Stay Proceedings on Behalf of the Parties (Motion), filed December 10, 2007. Based on the representations contained therein, the Motion is GRANTED. Proceedings in this matter are STAYED up to and including January 16, 2008. The parties will file a joint status report on January 17, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge