IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-635C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Joint Status Report

Pursuant to the Court's Order of December 10, 2007, the parties respectfully submit this Joint Status Report. Since the Court stayed proceedings on December 10, 2007, counsel for the Department of Navy ("Navy") has begun the process of collecting and analyzing plaintiffs' pay records in order to permit the parties to determine whether settlement of this matter may be appropriate. However, due to the holiday season and employee leave schedules, Navy's counsel was unable to obtain payroll information for one of the plaintiffs and the travel information for two of the plaintiffs. Therefore, more time is necessary in order for Navy's counsel to obtain and analyze the additional records.

For these reasons, the parties request that the Court continue to stay the proceedings, for an additional 30 days, to and including February 19, 2008. The parties will file a joint status report on February 19, 2008

regarding the status of any settlement discussions, or provide a proposed date for the Government's response to the complaint should the parties determine settlement at this time is not possible.

Counsel for plaintiffs has reviewed the substance of this report, and agrees to its contents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0897
(202) 307-0972 (fax)

January 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 17th day of January, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Jane C. Dempsey