# In the United States Court of Federal Claims

No. 07-635C

(E-Filed: January 18, 2008)

| | |
|---|---|
| MICHAEL J. CLEMENTI, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR), filed January 17, 2008. Based on the representations contained therein, the proceedings in this matter will continue to be STAYED up to and including Tuesday, February 19, 2008. The parties will file a joint status report on February 19, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge