IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-635C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Joint Status Report

Pursuant to the Court's Order of January 18, 2008, the parties respectfully submit this Joint Status Report. Since the parties submitted their last Joint Status Report on January 17, 2008, counsel for the Department of Navy ("Navy") is completing the process of collecting and analyzing plaintiffs' pay records in order to permit the parties to determine whether settlement of this matter may be appropriate. Counsel for the Navy has obtained complete records for Plaintiffs Luke Schwartz and Randall Scotton. However, despite best efforts, counsel for the Navy has yet to obtain from Pax River complete records for Plaintiff Michael Clementi. More time, therefore, is necessary in order to obtain and analyze the records.

For these reasons, the parties request that the Court continue to stay the proceedings, for an additional 30 days, to and including March 20,

2008. The parties will file a joint status report on March 20, 2008 regarding the status of any settlement discussions, or provide a proposed date for the Government's response to the complaint should the parties determine settlement at this time is not possible.

Counsel for plaintiffs has reviewed the substance of this report, and agrees to its contents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

(202) 353-0897
(202) 307-0972 (fax)

February 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 19th day of February, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Jane C. Dempsey