# In the United States Court of Federal Claims

No. 07-635C

(E-Filed: February 21, 2008)

| | |
|---|---|
| MICHAEL J. CLEMENTI, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR), filed February 19, 2008. Based on the representations contained therein, the proceedings in this matter will continue to be STAYED up to and including Thursday, March 20, 2008. The parties will file a joint status report on March 20, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge