IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-635C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Joint Status Report

Pursuant to the Court's Order of February 21, 2008, the parties respectfully submit this Joint Status Report. Since the parties submitted their last Joint Status Report on February 19, 2008, counsel for the Department of Navy ("Navy") has completed the process of collecting and analyzing plaintiffs' pay records in order to permit the parties to determine whether settlement of this matter may be appropriate. Counsel for plaintiffs, however, needs more time to review the records and discuss with plaintiffs an appropriate proposed settlement amount.

For these reasons, the parties request that the Court continue to stay the proceedings, for an additional 45 days, to and including May 5, 2008. The parties will file a joint status report on May 5, 2008 regarding the status of any settlement discussions, or provide a proposed date for the Government's response to the complaint should the parties determine

settlement at this time is not possible.

Counsel for plaintiffs has reviewed the substance of this report, and agrees to its contents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0897
(202) 307-0972 (fax)

March 20, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 20th day of March, 2008, a copy of the foregoing “Joint Status Report” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. The parties may access this filing through the Court’s system.

/s/Jane C. Dempsey