# In the United States Court of Federal Claims

No. 07-635C

(E-Filed: March 28, 2008)

MICHAEL J. CLEMENTI, et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR), filed March 20, 2008. Based on the representations contained therein, the proceedings in this matter will continue to be STAYED up to and including Monday, May 5, 2008. The parties will file a joint status report on May 5, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge