IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICHAEL CLEMENTI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-635C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Joint Status Report

Pursuant to the Court's Order of March 28, 2008, the parties respectfully submit this Joint Status Report. Since the parties submitted their last Joint Status Report on March 20, 2008, the parties have executed a settlement agreement which resolves all of plaintiffs' claims. The parties are currently waiting for the judgment fund to pay the settlement amount. The parties intend to file a joint stipulation requesting dismissal of plaintiffs' complaint upon receiving notification of payment.

Counsel for plaintiffs has reviewed the substance of this report, and agrees to its contents.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0897
(202) 307-0972 (fax)

May 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 5th day of May, 2008, a copy of the foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Jane C. Dempsey